4

United States District Court
Southern District of Texas
ENTERED
AUG 19 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 18 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| EDWARD ROBERT GIRELA, § | |
| § | |
| Plaintiff(s), § | |
| § | |
| v. § | CIVIL ACTION NO. B-97-CV-142 |
| § | |
| WACKENHUT CORRECTION, § | |
| et al § | |
| Defendant(s). § | |

## ORDER OF DISMISSAL

The Plaintiff has failed to pursue this action since May 22, 1997. His failure to pursue this action forces the Court to conclude that he lacks due diligence.

Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. See Fed. R. Civ. P. 41(b); Link v. Wabash R. R., U.S. 626 (1962). Upon showing, relief for this order may be granted in accordance with Fed. R. Civ. P. 60 (b). See Link, 370 U. S. at 635.

This action is **DISMISSED** without prejudice for want of prosecution.

**SIGNED** on _____18_____ day of August 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge